CAUSE NO. 2:24-cv-399

| | | |
|---|---|---|
| ELECTRONIC EDISON TRANMISSTION TECHNOLOGIES, LLC <br> Plaintiff, <br> VS. <br><br> MOTOROLA SOLUTIONS, INC., <br> Defendant. | § § § § § § § § | IN THE UNITED STATES DISTRICT COURT <br><br> FOR THE <br><br> EASTERN DISTRICT OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jun 10, 2024, 12:23 pm,**

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT; SUMMONS IN A CIVIL ACTION,**

and was executed at **1999 Bryan Street Suite 900, Dallas, TX 75201** within the county of **DALLAS** at **01:05 PM** on **Tue, Jun 11 2024**, by delivering a true copy to the within named

**MOTOROLA SOLUTIONS, INC. CT CORPORATION SYSTEM BY DELIVERING TO TIERICA WILLIAMS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
MITCHELL DRAEGER
Certification Number: PSC# 7995
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **MITCHELL DRAEGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON JUNE 11, 2024.

_____
Notary Public, State of Texas

Mallory J Perkins
My Commission Expires
7/27/2027
Notary ID 132087221